# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-2123
Lower Tribunal No. 2021-DP-000027-0001-XX

_____

In the Interest of S.D. and L.W.-S., children.

DEPARTMENT OF CHILDREN AND FAMILIES and GUARDIAN AD LITEM,

Appellants,

v.

B.W.,

Appellee.

_____

Appeal from the Circuit Court for Collier County.
Shannon H. McFee, Judge.

November 27, 2023

PER CURIAM.

AFFIRMED.

WHITE, MIZE and BROWNLEE, JJ., concur.

Stephanie C. Zimmerman, Deputy Director & Statewide Director of Appeals, of Children's Legal Services, Bradenton, for Appellant, Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, Tallahassee, and Laura J. Lee, Assistant Director of Appeals, of Statewide Guardian ad Litem Office, Tallahassee, for Appellant, Guardian ad Litem.

James W. Chandler, of Law Office of James W. Chandler, P.A., Naples, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED